[No. 19814-2-II.    Division Two.    August 15, 1997.]

JOYCE GILBERTSON, *Appellant*, v. KITSAP BANK,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-02560-2, James D. Roper, J., entered July 14, 1995. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 20101-1-II.    Division Two.    August 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. COLLEEN ANN AUSTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 95-1-00104-1, Kenneth D. Williams, J., entered October 5, 1995. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 20943-8-II.    Division Two.    August 15, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY L. NUTT, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 96-1-00013-1, Joel M. Penoyar, J., entered July 13, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 33603-7-I.    Division One.    August 18, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID W. ANDREWS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04229-5, James A. Noe, J., entered October 4, 1995. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.